JAMES S. THOMPSON, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 37569. Promulgated May 29, 1930.

*Harry Goldstein, C. P. A.,* for the petitioner.
*Maxwell E. McDowell, Esq.,* for the respondent.

OPINION.

ARUNDELL: The question presented in this case is the same as that in *Mrs. E. A. Giffin*, 19 B. T. A. 1243, and in accordance with our decision in that case we affirm the respondent's determination.

*Decision will be entered for the respondent.*